# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTIRCT OF NEW YORK

Deborah Laufer,
Plaintiff,

Case No.: 1:20-cv-415

v.

D.M. INN, LLC,
Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant D.M. INN, LLC hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on June 30, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Mark P. Della Posta* |
| Tristan W. Gillespie | Mark P. Della Posta |
| | |
| THOMAS B. BACON, P.A. | Walsh, Roberts & Grace |
| 5150 Cottage Farm Rd. | 400 Rand Building |
| Johns Creek, GA 30022 | 14 Lafayette Square |
| | Buffalo, NY 14203 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |